IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01572-PSF-MJW

MOHAMMED EZZNAGUI,

    Plaintiff,

v.

ALBERTO GONZALES, Attorney General;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services;
MARIO ORTIZ, District Director, Denver District Office, USCIS; and
ROBERT MUELLER, III, Director, Federal Bureau of Investigation,

    Defendants.
_____

**ORDER**
_____

This matter comes before the Court on the Petitioner's Petition for Hearing and

Mandamus on Naturalization Application (Dkt. # 1). It is

ORDERED that defendants shall response to the Petition **September 11, 2006.**

DATED: August 14, 2006.

                        BY THE COURT:

                        *s: Phillip S. Figa*

                        _____
                        Phillip S. Figa
                        United States District Judge