## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE PHILLIP S. FIGA

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez

Date: November 30, 2006

Civil Action No. 06-cv-01572-PSF

| *Parties:* | *Counsel:* |
|---|---|
| MOHAMMED EZZNAGUI, | Laura Lichter |
|     Petitioner, | |
| v. | |
| ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO GONZALEZ, United States Citizenship and Immigration Services; MARIO ORTIZ, District Director, Denver District Office, United States Citizenship and Immigration Services; and ROBERT MUELLER, Director, Federal Bureau of Investigation, | Terry Fox |
|     Respondents. | |

_____

### COURTROOM MINUTES
_____

HEARING: Telephonic Motion

**1:02 p.m.    Court in session.**

**ORDER:**    Petitioner's Motion to Remand **(11)** is **denied as moot.**

**ORDER:**   Case dismissed.

**1:30 Court in recess/hearing concluded.**

Total in-court time: 00:28.